# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT C. MEADS, JR.

NO. 2022 KW 0753

**SEPTEMBER 12, 2022**

---

In Re:    Robert C. Meads, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 290,742.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** While the district court construed relator's pleading as a motion for new trial, we look at the substance rather than the caption of the pleading. The pleading herein, filed twenty-three years after relator's conviction and sentence became final and challenging the general venire, is an untimely application for postconviction relief. See La. Code Crim. P. art. 930.8. See also **State ex rel. Modique v. State**, 2016-0854 (La. 9/6/17), 225 So.3d 1053 (per curiam). Furthermore, the district court's April 1, 2022 order setting the pleading for a hearing did not constitute a grant of a new trial. See **State v. Williams**, 2001-0554 (La. 5/14/02), 817 So.2d 40. Therefore, the district court did not err when it issued a subsequent order on June 16, 2022, denying the pleading.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT